**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                                         Case No. 08-cr-110-PB

<u>Robert A. Mason</u>

### **O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for November 4, 2008, citing the need for additional time to participate in an approved treatment program at the Strafford County Department of Corrections and to complete discovery and prepare a defense.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 4, 2008 to March 3, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The October 23, 2008 final pretrial conference is continued to February 18, 2009 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 15, 2008

cc: Jeffrey Levin, Esq.
 Arnold Huftalen, AUSA
 United States Probation
 United States Marshal